IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARCIA BARAN,<br><br>    Plaintiff,<br><br>v.<br><br>URBANSTEMS, INC.,<br><br>    Defendant. | Civil Action No. 3:20-cv-00320-MPS |

**NOTICE OF SETTLEMENT**

  Plaintiff Marcia Baran, by and through her undersigned counsel, hereby advises this Honorable Court she has reached an agreement in principle with Defendant UrbanStems, Inc. The parties are finalizing settlement documents and expect to file a notice of dismissal within thirty (30) days.

Dated: April 20, 2020       BLOCK & LEVITON, LLP

                By: */s/ Stephen J. Teti*
                Stephen J. Teti (ct28885)
                260 Franklin Street, Suite 1860
                Boston, MA 02110
                Telephone: (617) 398-5600
                steti@blockesq.com

                *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

    I, Stephen J. Teti, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 20th day of April 2020.

                                                    */s/ Stephen J. Teti*
                                                    Stephen J. Teti