# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARCIA BARAN,<br><br>        Plaintiff,<br><br>v.<br><br>URBANSTEMS, INC.,<br><br>        Defendant. | Civil Action No. 3:20-cv-00320-MPS |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, MARCIA BARAN, and Defendant, URBANSTEMS, INC., by and through their undersigned counsel, hereby stipulate that:

1. This action shall be DISMISSED, with prejudice, as between all parties, and;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: May 22, 2020

| | |
|---|---|
| BLOCK & LEVITON LLP<br><br>By:   /s/ Stephen J. Teti<br>Stephen J. Teti (ct28885)<br>260 Franklin Street<br>Suite 1860<br>Boston, MA 02110<br>Telephone: (617) 398-5600<br>steti@blockesq.com<br><br>*Attorney for Plaintiff* | MCELROY, DEUTSCH,<br>MULVANEY & CARPENTER, LLP<br><br>By:   /s/ James A. Budinetz<br>James A. Budinetz (ct 16068)<br>One State Street, 14th Floor<br>Hartford, CT 06103-3102<br>Telephone: (860) 522-5175<br>jbudinetz@mdmc-law.com<br><br>*Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I, Stephen J. Teti, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 22nd day of May, 2020.

                                                                              */s/ Stephen J. Teti*
                                                                              STEPHEN J. TETI